UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------- x
UBS FINANCIAL SERVICES INCORPORATED OF  :
PUERTO RICO and UBS TRUST COMPANY OF    :
PUERTO RICO,                            :
                                        :   Case No. 3:15-cv-03099-FAB
                           Plaintiffs,  :
                                        :
         -against-                      :
                                        :
XL SPECIALTY INSURANCE COMPANY, AXIS    :
REINSURANCE COMPANY and HARTFORD FIRE   :
INSURANCE COMPANY,                      :
                                        :
                           Defendants.  :
------------------------------------- x

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that UBS Financial Services Incorporated of Puerto Rico and UBS Trust Company of Puerto Rico, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment entered in this action on February 1, 2018 (Docket No. 184), which dismissed Plaintiffs' action with prejudice, and all of the underlying orders and rulings incorporated into such Judgment, including the Opinion and Order entered in this action on February 1, 2018 (Docket No. 172).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico and New York, New York, this 9th day of February, 2018.

MELÉNDEZ TORRES LAW PSC
MCS Plaza, Suite 1200
255 Ponce de León Ave.
San Juan, PR 00917
Tel.: (787) 281-8100
Fax: (787) 281-8310

/S/ JAIME E. TORO-MONSERRATE
JAIME E. TORO-MONSERRATE
USDC-PR No. 204,601
Email: jtoro@melendeztorreslaw.com

TORO COLÓN MULLET, P.S.C.
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

/S/ NAYDA I. PÉREZ ROMÁN
NAYDA I. PÉREZ ROMÁN
USDC-PR No. 300,208
Email: nperez@tcm.law

Of Counsel:

Michael I. Verde (*Admitted Pro Hac Vice*)
David L. Goldberg (*Admitted Pro Hac Vice*)
Philip A. Nemecek (*Admitted Pro Hac Vice*)
Tenley Mochizuki (*Admitted Pro Hac Vice*)

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Tel: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Plaintiffs UBS Financial Services Incorporated of Puerto Rico and UBS Trust Company of Puerto Rico*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, February 9th, 2018, I uploaded a pdf version of this document to the Court's CM/ECF system, which will send notice electronically of its filing to all parties of record, through their counsel of record.

/S/ NAYDA I. PÉREZ ROMÁN
NAYDA I. PÉREZ ROMÁN
USDC-PR No. 300,208
Email: nperez@tcm.law